

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00353-CR

**EX PARTE** Arnold Javier **AYALA-MEJIA**

From the County Court, Maverick County, Texas
Trial Court No. 31802
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 23, 2025.

_____
Adrian A. Spears II, Justice